Nancy M. Erfle, OSB No. 902570
nerfle@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 382-3852
Facsimile: (503) 616-3600

Taylor T. Daly (admitted *pro hac vice*)
Taylor.daly@nelsonmullins.com
Brandee J. Kowalzyk (admitted *pro hac vice*)
Brandee.kowalzyk@nelsonmullins.com
Richard B. North, Jr. (admitted *pro hac vice*)
Richard.north@nelsonmullins.com
Shaniqua L. Singleton (admitted *pro hac vice*)
Shaniqua.singleton@nelsonmullins.com
Philip M. Busman (admitted *Pro Hac Vice*)
Phil.busman@nelsonmullins.com
James F. Rogers (admitted *pro hac vice*)
jim.rogers@nelsonmullins.com
Elizabeth C. Helm (admitted *pro hac vice*)
kate.helm@nelsonmullins.com
Mark R. Nash, admitted *Pro Hac Vice*
Mark.nash@nelsonmullins.com
NELSON MULLINS RILEY & SCARBOROUGH LLP
201 17th Street NW, Suite 1700
Atlanta, GA 30363
Telephone: (404) 322-6000
Facsimile: (404) 322-6050

   *Attorneys for Defendants*

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| JUSTIN PETERSON,<br><br>　　　　　　　　Plaintiffs,<br><br>　vs.<br><br>C.R. BARD, INC. and BARD PERIPHERAL VASCULAR, INC.<br><br>　　　　　　　　Defendants. | Case No. 3:19-cv-01701-MO<br><br>**DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTIONS DEFENDANTS' WITNESS LIST** |

DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTIONS DEFENDANTS' WITNESS LIST - Page 1 of 4

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone: (503) 382-3852
Facsimile : (503) 616-3600

Defendants C. R. Bard, Inc. and Peripheral Vascular, Inc. (collectively "Bard"), through their respective attorneys, submit the following Response to Plaintiff's Objections to Defendants' Witness List:

Bard's responses to Plaintiff's Objections to Defendants' Witness List (Doc. 119) are incorporated through Bard's responses to Plaintiff's objections as submitted during the deposition designation process, which responses will be filed on April 16, 2021, in accordance with the Court's Order Granting the Parties' Joint Submission to Modify Certain Pretrial Submission Deadlines (Docs. 77 and 78.).

To the extent Plaintiff's objections are incorporated through Plaintiff's Motion in Limine (see Docs. 119 and 120), Bard incorporates herein its forthcoming response to the same, to be filed April 16, 2021.

Dated:  April 15, 2021.

GORDON REES SCULLY MANSUKHANI, LLP

By: *s/ Nancy M. Erfle*
Nancy M. Erfle, OSB No. 902570
nerfle@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR 97201
Telephone:  (503) 382-3852
Facsimile:  (503) 616-3600

Taylor T. Daly (admitted *pro hac vice*)
Taylor.daly@nelsonmullins.com
Brandee J. Kowalzyk (admitted *pro hac vice*)
Brandee.kowalzyk@nelsonmullins.com
Richard B. North, Jr. (admitted *pro hac vice*)
Richard.north@nelsonmullins.com
Shaniqua L. Singleton (admitted *pro hac vice*)
Shaniqua.singleton@nelsonmullins.com
Philip M. Busman (admitted *Pro Hac Vice*)
Phil.busman@nelsonmullins.com
James F. Rogers (admitted *pro hac vice*)
jim.rogers@nelsonmullins.com
Elizabeth C. Helm (admitted *pro hac vice*)
kate.helm@nelsonmullins.com

DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTIONS DEFENDANTS' WITNESS LIST - Page 2 of 4

**GORDON REES SCULLY MANSUKHANI, LLP**
1300 SW Fifth Avenue, Suite 2000
Portland, OR  97201
Telephone:  (503) 382-3852
Facsimile :  (503) 616-3600

    Mark R. Nash, admitted *Pro Hac Vice*
    Mark.nash@nelsonmullins.com
    NELSON MULLINS RILEY & SCARBOROUGH LLP
    201 17th Street NW, Suite 1700
    Atlanta, GA  30363

    *Attorneys for Defendants C.R. Bard, Inc. and Bard Peripheral Vascular, Inc.*

DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTIONS DEFENDANTS' WITNESS LIST - Page 3 of 4

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR  97201
Telephone:  (503) 382-3852
Facsimile :  (503) 616-3600

## CERTIFICATE OF SERVICE

I hereby certify that I caused a true and correct copy of this document to be filed on the 15th day of April, 2021, via the CM/ECF filing system which will transmit a service copy of the same to all counsel of record.

Dated: April 15, 2021.          GORDON REES SCULLY MANSUKHANI, LLP

                                By: *s/ Nancy M, Erfle*
                                    Nancy M. Erfle, OSB No. 902570
                                    nerfle@grsm.com

DEFENDANTS' RESPONSE TO PLAINTIFF'S OBJECTIONS DEFENDANTS' WITNESS LIST - Page 4 of 4

GORDON REES SCULLY MANSUKHANI, LLP
1300 SW Fifth Avenue, Suite 2000
Portland, OR  97201
Telephone: (503) 382-3852
Facsimile : (503) 616-3600

1201436/57761203v.1